UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62806-AHS

HOWARD COHAN,

    Plaintiff,

vs.

RTM OPERATING COMPANY, LLC.
a Foreign Limited Liability Company
d/b/a ARBY'S #8123

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, RTM OPERATING COMPANY, LLC., a Foreign Limited Liability Company, d/b/a ARBY'S #8123, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED January 20, 2020.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Christopher Marquardt** |
|---|---|
| Gregory S. Sconzo, Esq. | Christopher C. Marquardt |
| Florida Bar No.: 0105553 | Florida Bar No. 0102466 |
| Sconzo Law Office, P.A. | Alston & Bird LLP |
| 3825 PGA Boulevard, Suite 207 | 1201 West Peachtree Street |
| Palm Beach Gardens, FL 33410 | Atlanta, GA 30309 |
| Telephone: (561) 729-0940 | Tel: 404-881-7000 |
| Facsimile: (561) 491-9459 | Fax: 404-881-7777 |
| Service Email: sconzolaw@gmail.com | chris.marquardt@alston.com |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Attorney for Plaintiff | |

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                              **/s/ Gregory S. Sconzo**
                              **Gregory S. Sconzo, Esq.**